

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00345-CV

Juan Julian **CEDILLO** and RJ Landscaping Services, LLC,
Appellants

v.

**CNH INDUSTRIAL CAPITAL AMERICA, LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2024-0056-CIV
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Delivered and Filed: December 10, 2025

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On December 1, 2025, appellants filed a motion to dismiss this appeal. The motion represents that appellants conferred with appellee and that appellee does not oppose the requested relief. We therefore grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM